**No. 11-331. Douglas Paul Marcello, Petitioner v. Internal Revenue Service.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 797, 2012 U.S. LEXIS 529.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 979, 132 S. Ct. 523, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7805.